

FILED
CLERK, U.S. DISTRICT COURT
FEB 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Anthony David Millan DEFENDANT(S). | CASE NUMBER CR13-885 GW ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __February 25, 2014__, ____, at __11:00__ ☒a.m. / ☐p.m. before the Honorable __Arthur Nakazato__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __Feb. 20, 2014__    _____
U.S. District Judge/Magistrate Judge